IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAGNOLIA PEARL, LLC and<br>MAGNOLIA PEARL TEXAS, LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>APT DESIGNS INC. *d/b/a*<br>THE PAPER LACE,<br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:23-CV-1315-DII |

# **FINAL JUDGMENT**

On this date, the Court issued an order adopting United States Magistrate Judge Mark Lane's report and recommendation concerning Defendant APT Designs Inc. d/b/a The Paper Lace's ("Defendant") motion to dismiss, (Dkt. 7). (R. & R., Dkt. 22). The Court granted Defendant's motion and dismissed Plaintiffs' claims without prejudice for lack of subject matter jurisdiction.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 16, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1